# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1131**
**CAF 12-00142**
PRESENT: SCUDDER, P.J., SMITH, FAHEY, CARNI, AND VALENTINO, JJ.

---

IN THE MATTER OF THOMAS E. WHITE,
PETITIONER-RESPONDENT,

V                                                           ORDER

KIM A. MACRAE, RESPONDENT-APPELLANT.

---

KELLY M. CORBETT, FAYETTEVILLE, FOR RESPONDENT-APPELLANT.

FRANK H. HISCOCK LEGAL AID SOCIETY, SYRACUSE (CHRISTINE M. COOK OF
COUNSEL), FOR PETITIONER-RESPONDENT.

---

Appeal from an order of the Family Court, Onondaga County (Thomas
Benedetto, R.), entered December 15, 2011 in a proceeding pursuant to
Family Court Act article 8. The order directed respondent to, inter
alia, stay away from the home of petitioner until December 15, 2012.

It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

Entered: November 9, 2012                      Frances E. Cafarell
                                               Clerk of the Court